IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JO ANN SORSBY, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRUGREEN LIMITED PARTNERSHIP, <br><br> Defendant. | Case No. 20-cv-02601 <br><br> Judge: John Robert Blakey <br><br> Magistrate Judge: M. David Weisman |

**JOINT STATUS REPORT**

Plaintiff JO ANN SORSBY and Defendant TRUGREEN LIMITED PARTNERSHIP hereby submit the following status report in advance of the telephonic status hearing set for January 20, 2023, at 9:15 a.m. Central with Magistrate Judge Weisman[1]:

1. This is a putative class action alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*

2. On January 18, 2023, the parties reached an agreement in principle to settle this case as to the named Plaintiff.

3. The parties are currently in the process of preparing a formal written settlement agreement. Once that agreement has been fully executed, the parties will submit to the Court a proposed order of dismissal.

4. Due to the current posture of the case, the parties respectfully request the Court strike the January 20, 2023 status hearing.

---

[1] As noted in Paragraph 4, due to the current posture of this case, the parties respectfully request the Court strike the January 20, 2023 status hearing.

Date: January 19, 2023

Jointly Submitted,

| */s/ Mason A. Barney (signed with permission)*<br>Gary M. Klinger<br>David K. Lietz<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606<br>Tel.: 866.252.0878<br>gklinger@milberg.com<br>dlietz@milberg.com<br><br>Aaron Siri<br>Mason A. Barney<br>Siri & Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>Tel: 212-532-1091<br>E-mail: aaron@sirillp.com<br>E-mail: mbarney@sirillp.com<br><br>*Counsel for Plaintiff and the Putative Classes* | */s/ Ryan A. Strain*<br>John P. Ryan<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>Tel: 312-704-3000<br>E-mail: jryan@hinshawlaw.com<br>*Local Attorneys for Defendant*<br><br>George T. Lewis, III (admitted PHV)<br>Ryan A. Strain (admitted PHV)<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Tel: 901-526-2000<br>E-mail: blewis@bakerdonelson.com<br>E-mail: rstrain@bakerdonelson.com<br>*Lead Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Ryan A. Strain, hereby certify that on January 19, 2022, I caused to be electronically filed the above document with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Ryan A. Strain*