# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JO ANN SORSBY, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) TRUGREEN LIMITED PARTNERSHIP, ) ) Defendant. ) | Case No. 20-cv-02601<br><br>Judge: John Robert Blakey<br><br>Magistrate Judge: M. David Weisman |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jo Ann Sorsby ("Plaintiff") and Defendant TruGreen Limited Partnership ("Defendant"), through their respective counsel of record, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be, and is, dismissed WITH PREJUDICE as to Plaintiff's individual claims against Defendant and WITHOUT PREJUDICE as to the claims, if any, of the members of the putative classes. The parties are to bear their own fees and costs.

The parties further stipulate and agree that the proposed Agreed Order of Dismissal submitted to the Court via e-mail contemporaneously herewith is appropriate for the Court's review and entry.

Date: February 24, 2023

Jointly Submitted,

| | |
|---|---|
| */s/ Mason A. Barney (signed with permission)*<br>Gary M. Klinger<br>David K. Lietz<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606<br>Tel.: 866.252.0878<br>gklinger@milberg.com<br>dlietz@milberg.com<br><br>Aaron Siri<br>Mason A. Barney<br>Siri & Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>Tel: 212-532-1091<br>E-mail: aaron@sirillp.com<br>E-mail: mbarney@sirillp.com<br><br>*Counsel for Plaintiff and the Putative Classes* | */s/ Ryan A. Strain*<br>John P. Ryan<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>Tel: 312-704-3000<br>E-mail: jryan@hinshawlaw.com<br>Local Attorneys for Defendant<br><br>George T. Lewis, III (admitted PHV)<br>Ryan A. Strain (admitted PHV)<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Tel: 901-526-2000<br>E-mail: blewis@bakerdonelson.com<br>E-mail: rstrain@bakerdonelson.com<br>Lead Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I, Ryan A. Strain, hereby certify that on February 24, 2023, I caused to be electronically filed the above document with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ Ryan A. Strain